FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 30 2024

KEVIN P. WEIMER, Clerk
By: *[signature]* Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL BOGEUM KIM | Criminal Information<br><br>No. 1:24-CR-223 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 19, 2023, in the Northern District of Georgia, the defendant, PAUL BOGEUM KIM, did knowingly possess at least one digital storage device that contained at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions: (a) having been produced using a minor engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

### Forfeiture

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense charged in this Information, the defendant, PAUL BOGEUM KIM, shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;
2. Any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from the offense; and
3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant, PAUL BOGEUM KIM:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c).

RYAN K. BUCHANAN
United States Attorney

/s/ Dwayne A. Brown Jr.

DWAYNE A. BROWN JR.
*Assistant United States Attorney*
Georgia Bar No. 509554

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181